ZARINAH J. MUHAMMAD, ESQ.
NEVADA BAR# 12830
JUSTICE FORCE LAW GROUP
6278 RUBY KINGLET
LAS VEGAS, NV, 89148
PHONE: 702-203-3530
FAX: 702-251-3769
ZARINAHATTORNEYATLAW@GMAIL.COM
*ATTORNEY FOR PLAINTIFFS*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| A.M., a minor by and through her natural parent and guardian, ZARINAH MUHAMMAD; ZARINAH MUHAMMAD<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; JESUS JARA; A.J. ADAMS; FELICIA GONZALES; DIANE LEWIS; CHRISTOPHER SPARROW; JOHN DOE DEFENDANTS I THROUGH X; and, ROE ENTITIES I THROUGH X<br><br>Defendants. | Case No.: 2:19-cv-00687-RFB-0VCF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES UNDER ECF NO. 13**<br><br>**(FIRST REQUEST)** |

Plaintiffs A.M., a minor by and through her natural parent and guardian, ZARINAH MUHAMMAD and ZARINAH MUHAMMAD ("Plaintiffs") and Defendants CLARK COUNTYSCHOOL DISTRICT; JESUS JARA; A.J. ADAMS; FELICIA GONZALES; DIANE LEWIS; and CHRISTOPHER SPARROW ("Defendants"), by and through their attorneys of record, hereby stipulate and agree pursuant to Local Rule 7-1 as follows:

1. Whereas, on March 9, 2020, the Court held a hearing on Defendants' Motion to Dismiss (ECF No. 4). The Court granted Plaintiffs leave to amend their complaint and ordered Plaintiffs to file the amended complaint by March 30, 2020. ECF No. 13.

2. Whereas, the Court also ordered the parties to file a joint discovery plan/scheduling order by April 6, 2020. ECF No. 13.

3. Whereas, on March 15, 2020 Governor Sisolak announced the closure of all K-12 schools in the State of Nevada; the Governor has since announced a statewide order mandating all non-essential businesses to remain closed for 30 days in light of the Coronavirus pandemic that is affecting the nation.

4. Whereas, the parties are unable to meet the deadlines set by the Court on March 9, 2020 (ECF No. 13) due to the unexpected Coronoavirus pandemic and the effects of the same. More specifically, Plaintiffs require additional time to gather information to file an amended complaint and discovery cannot effectively proceed without an amended complaint on file.

5. Whereas, the parties agree to a 30-day extension to the deadlines set by the Court on March 9, 2020 (ECF No. 13). Plaintiffs' amended complaint would be due April 29, 2020, while the parties' joint discovery plan/scheduling order would be due May 6, 2020.

…
…
…
…
…
…
…
…
…
…

6. Whereas, this is the first request for an extension regarding the filing of Plaintiffs' amended complaint and the time to file a stipulated discovery plan/scheduling order, which is made in good faith, not for the purposes of delay, and neither party is prejudiced by the brief extension.

DATED: March 26, 2020

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: */s/ Crystal J. Herrera*
Crystal J. Herrera (#12396)
5100 West Sahara Avenue
Las Vegas, NV, 89146
Attorney for the *Defendants*

DATED: March 26, 2020

JUSTICE FORCE LAW GOUP LLC

By: */s/ Zarinah J. Muhammad*
Zarinah J. Muhammad (#12830)
6278 Ruby Kinglet
Las Vegas, NV, 89148
Attorney for the *Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 31st day of March, 2020.