CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
Herrec4@nv.ccsd.net
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| A.M., a minor by and through her natural parent and guardian, ZARINAH MUHAMMAD; ZARINAH MUHAMMAD<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; JESUS JARA; A.J. ADAMS; FELICIA GONZALES; DIANE LEWIS; CHRISTOPHER SPARROW; JOHN DOE DEFENDANTS I THROUGH X; and, ROE ENTITIES I THROUGH X<br><br>Defendants. | Case No.: 2:19-cv-00687-RFB-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE UNDER ECF NO. 13**<br><br>**(SECOND REQUEST)** |

Plaintiffs A.M., a minor by and through her natural parent and guardian, ZARINAH MUHAMMAD and ZARINAH MUHAMMAD ("Plaintiffs") and Defendants CLARK COUNTYSCHOOL DISTRICT; JESUS JARA; A.J. ADAMS; FELICIA GONZALES; DIANE LEWIS; and CHRISTOPHER SPARROW ("Defendants"), by and through their attorneys of record, hereby stipulate and agree pursuant to Local Rule 7-1 as follows:

1. Whereas, on March 9, 2020, the Court held a hearing on Defendants' Motion to Dismiss (ECF No. 4). The Court granted Plaintiffs leave to amend their complaint and ordered

Plaintiffs to file the amended complaint by March 30, 2020.  ECF No. 13.  The Court also ordered the parties to file a joint discovery plan/scheduling order by April 6, 2020, but did not prohibit the parties from renewing a request to stay of discovery.  ECF No. 13.

2. Whereas, the parties were unable to meet the deadlines set by the Court on March 9, 2020 (ECF No. 13) due to the unexpected pandemic and the effects of the same.

3. Whereas, the parties agreed and the Court approved a 30-day extension to the deadlines set by the Court on March 9, 2020.  ECF Nos. 14 and 15.  Plaintiffs' amended complaint would be due April 29, 2020, while the parties' joint discovery plan/scheduling order would be due May 6, 2020.

4. Plaintiffs filed an amended complaint on April 30, 2020.  ECF No. 18.  Defendants are still evaluating the allegations in the amended complaint, but anticipate filing a motion to dismiss.  Accordingly, a request to stay discovery pending a decision on the motion may be renewed.

5. Whereas, the parties seek an additional two weeks to file a joint discovery plan/scheduling order or request to stay discovery in the case.  The deadline would be May 20, 2020.

…

…

…

…

…

…

…

…

…

…

6. Whereas, this is the second request for an extension regarding the filing of a stipulated discovery plan/scheduling order, which is made in good faith, not for the purposes of delay, and neither party is prejudiced by the extension.

DATED: May 6, 2020

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: */s/ Crystal J. Herrera*
Crystal J. Herrera (#12396)
5100 West Sahara Avenue
Las Vegas, NV, 89146
Attorney for the *Defendants*

DATED: May 6, 2020

JUSTICE FORCE LAW GOUP LLC

By: */s/ Zarinah J. Muhammad*
Zarinah J. Muhammad (#12830)
6278 Ruby Kinglet
Las Vegas, NV, 89148
Attorney for the *Plaintiffs*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 6th day of May, 2020.