CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
Herrec4@nv.ccsd.net
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| A.M., a minor by and through her natural parent and guardian, ZARINAH MUHAMMAD; ZARINAH MUHAMMAD<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; JESUS JARA; A.J. ADAMS; FELICIA GONZALES; DIANE LEWIS; CHRISTOPHER SPARROW; JOHN DOE DEFENDANTS I THROUGH X; and, ROE ENTITIES I THROUGH X<br><br>Defendants. | Case No.: 2:19-cv-00687-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME WITHIN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs A.M., a minor by and through her natural parent and guardian, ZARINAH MUHAMMAD and ZARINAH MUHAMMAD ("Plaintiffs") and Defendants CLARK COUNTYSCHOOL DISTRICT; JESUS JARA; A.J. ADAMS; FELICIA GONZALES; DIANE LEWIS; and CHRISTOPHER SPARROW ("Defendants"), by and through their attorneys of record, hereby stipulate and agree pursuant to Local Rule 7-1 as follows:

1. Whereas, on March 9, 2020, the Court held a hearing on Defendants' Motion to Dismiss (ECF No. 4).  The Court granted Plaintiffs leave to amend their complaint and ordered Plaintiffs to file the amended complaint by March 30, 2020.  ECF No. 13.

2. Whereas, Plaintiffs were unable to meet the deadline set by the Court on March 9, 2020 (ECF No. 13) due to the unexpected pandemic and the effects of the same.

3. Whereas, the parties agreed and the Court approved a 30-day extension to the deadlines set by the Court on March 9, 2020.  ECF Nos. 14 and 15.  More specifically, Plaintiffs' amended complaint would be due April 29, 2020, while the parties' joint discovery plan/scheduling order or request for a stay of discovery would be due May 6, 2020.

4. Whereas, Plaintiffs filed a second amended complaint on April 30, 2020.  ECF No. 18.  Defendants' response is due May 14, 2020.  Fed R. Civ. P. 15 (a)(3).

5. Whereas, due to unexpected scheduling conflicts, the parties agree to an additional four (4) day extension of time through May 18 2020, for Defendants to respond to the second amended complaint. ECF No. 18.

…

6. Whereas, this is the first request for an extension regarding the filing of Defendants' response to Plaintiff's second amended complaint, which is made in good faith, not for the purposes of delay, and neither party is prejudiced by the short extension.

DATED: May 14, 2020

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: */s/ Crystal J. Herrera*
Crystal J. Herrera (#12396)
5100 West Sahara Avenue
Las Vegas, NV, 89146
Attorney for the *Defendants*

DATED: May 14, 2020

JUSTICE FORCE LAW GOUP LLC

By: */s/ Zarinah J. Muhammad*
Zarinah J. Muhammad (#12830)
6278 Ruby Kinglet
Las Vegas, NV, 89148
Attorney for the *Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 5-15-2020