CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
Herrec4@nv.ccsd.net
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| A.M., a minor by and through her natural parent and guardian, ZARINAH MUHAMMAD; ZARINAH MUHAMMAD<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; JESUS JARA; A.J. ADAMS; FELICIA GONZALES; DIANE LEWIS; CHRISTOPHER SPARROW; JOHN DOE DEFENDANTS I THROUGH X; and, ROE ENTITIES I THROUGH X<br><br>Defendants. | Case No.: 2:19-cv-00687-RFB-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISSS**<br><br>**(FIRST REQUEST)** |

Plaintiffs A.M., a minor by and through her natural parent and guardian, ZARINAH MUHAMMAD and ZARINAH MUHAMMAD ("Plaintiffs") and Defendants CLARK COUNTY SCHOOL DISTRICT; JESUS JARA; A.J. ADAMS; FELICIA GONZALES; DIANE LEWIS; and CHRISTOPHER SPARROW ("Defendants"), by and through their attorneys of record, hereby stipulate and agree pursuant to Local Rule 7-1 as follows:

1. Whereas, Plaintiffs filed a Second Amended Complaint on April 30, 2020. ECF No. 18.

2. Whereas, on May 18, 2020, Defendants filed a Motion to Dismiss Plaintiffs' Second Amended Complaint. ECF No. 24.

3. Whereas, on May 31, 2020, Plaintiffs filed a Response to the Motion to Dismiss. ECF No. 27. Hence, the deadline for Defendants to file a reply is on June 8, 2020. *See* Fed. R. Civ. P. 6(a)(1)(C).

4. Whereas, Defendants require additional time to evaluate Plaintiffs' Response and file a proper reply; the parties agree to an additional one (1) week extension of time through June 15, 2020, for Defendants to file a reply in support of their Motion to Dismiss. ECF No. 24.

5. Whereas, this is the first request for an extension regarding the filing of Defendants' reply in support of their Motion to Dismiss, which is made in good faith, not for the purposes of delay, and neither party is prejudiced by the brief extension.

DATED: June 4, 2020

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: */s/ Crystal J. Herrera*
Crystal J. Herrera (#12396)
5100 West Sahara Avenue
Las Vegas, NV, 89146
Attorney for the *Defendants*

DATED: June 4, 2020

JUSTICE FORCE LAW GOUP LLC

By: */s/ Zarinah J. Muhammad*
Zarinah J. Muhammad (#12830)
6278 Ruby Kinglet
Las Vegas, NV, 89148
Attorney for the *Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of June, 2020.